JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jimillaw@rcn.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　Defendant. | Civil No. 06-00851 PVT<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>IN WHICH TO FILE PLAINTIFF'S<br>MOTION FOR SUMMARY<br>JUDGMENT AND/OR REMAND |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from May 30, 2006 (including days for service) to June 29, 2006, in which to file his Motion for Summary Judgment and/or Remand. This is Plaintiff's first request for an extension for this filing.

DATE: 05/30/06　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　James Hunt Miller
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*plf's extn - chavez v. ssa C-06-851 PVT*　　　　　　　　　　1

1  DATE: 5/30/06                                    Kevin V. Ryan
2                                                   United States Attorney

3                                                   By: /s/[1]
                                                    Sara Winslow
4                                                   Assistant United States Attorney

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  DATE: 5/31/06                    _____
                                    United States Magistrate Judge
9

---

[1]   This is as communicated by facsimile to the filer. The original (with hand signature) of this is held by the signer.

plf's extn - chavez v. ssa  C-06-851 PVT                                    2